UNITED STATES v. LA MANNA, AZEMA & FARNAN.

(Circuit Court of Appeals, Second Circuit. March 10, 1908.)

No. 166 (4,521).

CUSTOMS DUTIES (§ 28*)—CLASSIFICATION—DRAGÉES—"CONFECTIONERY."

Dragées are "confectionery," within the meaning of Tariff Act July 24, 1897, c. 11, § 1, Schedule E, par. 212, 30 Stat. 168 (U. S. Comp. St. 1901, p. 1647).

[Ed. Note.—For other cases, see Customs Duties, Dec. Dig. § 28.*

For other definitions, see Words and Phrases, vol. 2, p. 1417.]

Appeal from the Circuit Court of the United States for the Southern District of New York.

The court below reversed, without opinion, a decision of the Board of United States General Appraisers, which had affirmed the assessment of duty by the collector of customs at the port of New York. A copy of the opinion of the Board of General Appraisers is contained in the report of the decision below in 154 Fed. 955.

The merchandise in dispute consisted of dragées, which are small spherical or spheroidal objects, with a sugar coating and a sweet taste, and which the board stated in its opinion are used by bakers for decorating cakes and to some extent by confectioners. The collector assessed duty on the articles under Tariff Act July 24, 1897, c. 11, § 1, schedule E, par. 212, 30 Stat. 168 (U. S. Comp. St. 1901, p. 1617), relating to "sugar candy" and "confectionery." This assessment was affirmed by the board; but the Circuit Court sustained the importers' contention that the dragées were dutiable under Schedule C, par. 193, 30 Stat. 167 (U. S. Comp. St. 1901, p. 1645).

D. Frank Lloyd, Asst. U. S. Atty.

Hatch & Clute (Walter F. Welch, of counsel), for importers.

Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. We concur in the reasoning of the Board of General Appraisers. The decision of the Circuit Court is reversed.